IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD A. HOEFT,

                                                  ORDER

              Petitioner,

                                              08-cv-537-bbc

     v.

JOHN CLARK, Warden,
Flambeau Correctional Center,

             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Richard A. Hoeft filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, contending that he was convicted wrongfully in state court in December 2004 of three counts of burglary. The United States Magistrate Judge considered the petition and filed a report, recommending that this court deny the petition.

      Having reviewed the record and petitioner's objections to the magistrate judge's report, along with the report itself, I am adopting the report in full. Nothing in petitioner's objections convinces me that the magistrate judge reached the wrong conclusions about any of the 15 issues that petitioner raised in support of his petition. Accordingly, the magistrate judge's recommendation will be granted and the petition denied.

1

ORDER

IT IS ORDERED that the recommendation of the United States Magistrate Judge is ADOPTED and petitioner Richard A. Hoeft's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

Entered this 14th day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge