# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

RICHARD A. HOEFT,

        Petitioner,

    v.

JOHN CLARK, Warden,
Flambeau Correctional Center,

        Respondent.

### JUDGMENT IN A CIVIL CASE

**Case No.:   08-cv-537-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

**5/14/09**
_____
**Date**